Exhibit A

Court of Common Pleas of Philadelphia County
Trial Division

J00026138432020822

| | For Prothonotary Use Only (Docket Number) |

# Civil Cover Sheet

**JANUARY 2022**
E-Filing Number: 2201053037

**002318**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| REMNANT CHURCH OF GOD | SCOTTSDALE INSURANCE COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 7710 OGONTZ AVENUE<br>PHILADELPHIA PA 19150 | ONE NATIONWIDE PLAZA<br>COLUMBUS PA 43215 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | [X] Complaint   [ ] Petition Action   [ ] Notice of Appeal<br>[ ] Writ of Summons   [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration<br>[ ] Jury<br>[X] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

CASE TYPE AND CODE

10 - CONTRACTS OTHER

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY**<br><br>JAN **27** 2022<br><br>**M. RUSSO** | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br><br>YES          NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: <u>REMNANT CHURCH OF GOD</u>

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| MICHAEL CASPER | 1617 JFK BLVD<br>SUITE 1270<br>PHILADELPHIA PA 19146 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)568-2900 | none entered | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 313385 | MCASPER@WDBLEGAL.COM |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *MICHAEL CASPER* | Thursday, January 27, 2022, 04:07 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**WHEELER, DiULIO & BARNABEI, P.C.**
BY: Michael Casper, Esquire
Attorney I.D. No.: 313385
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
Phone: (215) 971-1000
Email: mcasper@wdblegal.com

MAJOR CASE
JURY TRIAL WAIVED

*Filed and Attested by the Office of Judicial Records Attorney 02 FEB 2022 04:09 pm M. RUSSO*

| | |
|---|---|
| REMNANT CHURCH OF GOD<br>7710 Ogontz Avenue<br>Philadelphia, PA 19150 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| vs. | |
| SCOTTSDALE INSURANCE COMPANY<br>One Nationwide Plaza<br>Columbus, OH 43215 | DOCKET NO. |

## CIVIL ACTION COMPLAINT (1C - Contract)

| **NOTICE** | **AVISO** |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the Claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.<br><br>YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.<br><br>LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL. |
| PHILADELPHIA BAR ASSOCIATION<br>Lawyer Referral Service<br>1101 Market St., 11th Floor<br>Philadelphia, PA 19107-2911<br>Telephone: 215-238-6333<br>Fax: 215-238-1159 | ASOCIACION DE LICENCIADOS DE FILADELFIA<br>Servicio De Referencia E Informacion Legal<br>1101 Market Street, 11th Floor<br>Filadelfia, Pennsylvania 19107<br>(215) 238-6333 |

MAJOR CASE
JURY TRIAL WAIVED

**WHEELER, DiULIO & BARNABEI, P.C.**
BY: Michael Casper, Esquire                           Attorney for Plaintiff(s)
Attorney I.D. No.: 313385
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
Phone: (215) 971-1000
Email: mcasper@wdblegal.com

| | |
|---|---|
| REMNANT CHURCH OF GOD<br>7710 Ogontz Avenue<br>Philadelphia, PA 19150 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| vs. | |
| SCOTTSDALE INSURANCE COMPANY<br>One Nationwide Plaza<br>Columbus, OH 43215 | DOCKET NO. |

## <u>CIVIL ACTION COMPLAINT (1C - Contract)</u>

1.     Plaintiffs, Remnant Church of God ("Plaintiff"), is a religious institution, under the laws of Pennsylvania, located at the address set forth above.

2.     Defendant, Scottsdale Insurance Company ("Defendant"), is a corporation duly organized and existing which is authorized to conduct business as an insurance company within the Commonwealth of Pennsylvania and maintains a place of business for that purpose at the address set forth above and regularly issues policies of insurance within the City and County of Philadelphia.

3.     Defendant, in its regular course of business issued to Plaintiff a policy of insurance ("Policy") covering Plaintiff's property located at 7710 Ogontz Avenue, Philadelphia, PA 19150 ("Property"). A true and correct copy of the declarations page of said policy is attached hereto and incorporated herein as **Exhibit A.**

Case ID: 22010231

4.      On or about February 9, 2021, while the Policy was in full force and effect, Plaintiff suffered direct physical loss and damage to the insured Property believed to be the result of a peril insured against under the Policy, namely, an escape of water from a drain line, resulting in damage to the insured Property and those areas and to the extent set forth in the preliminary estimate of loss, a true and correct copy of which is attached hereto as **Exhibit B**.

5.      Notice of this covered loss was given to Defendant in a prompt and timely manner and Plaintiff, at all relevant times, fully complied with all the terms and conditions required by the Policy.

6.      Defendant, despite demand for benefits under the Policy, has refused, without legal justification or cause, and continues to refuse, to pay to Plaintiff monies owed for the damages suffered as a result of the loss.

7.      Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the Policy, Plaintiff has suffered loss and damage in an amount in excess of $50,000.00.

### COUNT I
### In Assumpsit - Breach of Contract

8.      Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

9.      Defendant is obligated by the terms of the contract to indemnify Plaintiff's loss.

10.     Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiff's loss, Defendant has not paid to Plaintiff all of the policy benefits to which Plaintiff is entitled under the Policy and has refused to provide funds sufficient to bring Plaintiff's Property to pre-loss condition.

11.     Defendant's denial of coverage was made without a reasonable basis in fact.

Case ID: 22010231

12.    Defendant's refusal to indemnify Plaintiff's loss constitutes a breach of the insurance contract.

**WHEREFORE**, Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00, together with interest and court costs.

## COUNT II
### In Trespass - 42 Pa.C.S.A. §8371

13.    Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

14.    Defendant has engaged in bad faith conduct toward Plaintiff with respect to its adjustment of Plaintiff's covered loss, in violation of 42 Pa.C.S.A. §8371 et seq.

15.    In furtherance of its bad faith and wrongful denial and refusal to pay benefits for Plaintiff's covered loss, Defendant, acting by and through its duly authorized agents, servants, workmen or employees has engaged in the following conduct:

a.   by sending correspondence falsely representing that Plaintiff's loss caused by a peril insured against under the Policy was not entitled to benefits due and owing under the Policy;

b.   in failing to complete a prompt and thorough investigation of Plaintiff's claim before representing that such claim is not covered under the Policy;

c.   in failing to pay Plaintiff's covered loss in a prompt and timely manner;

d.   in failing to objectively and fairly evaluate Plaintiff's claim;

e.   in conducting an unfair and unreasonable investigation of Plaintiff's claim;

f.   in asserting Policy defenses without a reasonable basis in fact;

g.   in flatly misrepresenting pertinent facts or policy provisions relating to coverages at issue and placing unduly restrictive interpretations on the Policy and/or claim forms;

Case ID: 22010231

h.  in failing to keep Plaintiff or their representatives fairly and adequately advised as to the status of the claim;

i.  in unreasonably valuing the loss and failing to fairly negotiate the amount of the loss with Plaintiff or their representatives;

j.  in failing to promptly provide a reasonable factual explanation of the basis for the denial of Plaintiff's claim;

k.  in unreasonably withholding policy benefits;

l.  in acting unreasonably and unfairly in response to Plaintiff's claim;

m.  in unnecessarily and unreasonably compelling Plaintiff to institute this lawsuit to obtain policy benefits for a covered loss, that Defendant should have paid promptly and without the necessity of litigation.

16.  For the reasons set forth above, Defendant has acted in bad faith in violation of 42 Pa.C.S.A. §8371, for which Defendant is liable for statutory damages including interest from the date the claim was made in an amount equal to the prime rate of interest plus three percent, court costs, attorneys' fees, punitive damages, and such other compensatory and/or consequential damages as are permitted by law.

**WHEREFORE**, Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00, together with interest, court costs, counsel fees and damages for delay.

WHEELER DIULIO & BARNABEI, P.C.

BY:   _/s/ Michael Casper_
MICHAEL CASPER, ESQUIRE
Attorney for Plaintiff(s)

Case ID: 22010231

## **VERIFICATION**

I, Michael Casper, counsel for Plaintiff, verify that the statements contained in the foregoing document are true and correct to the best of my knowledge, information and belief, and are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.

WHEELER DIULIO & BARNABEI, P.C.

BY:  */s/ Michael Casper*
MICHAEL CASPER, ESQUIRE
Attorney for Plaintiff(s)

J00026138439020822

# EXHIBIT A

Case ID: 22010231

## COMMON POLICY DECLARATIONS

Underwritten by: Scottsdale Insurance Company
Home Office:
One Nationwide Plaza • Columbus, Ohio 43215
Administrative Office:
8877 North Gainey Center Drive • Scottsdale, Arizona 85258
1-800-423-7675 • A Stock Company

CPS2970067
Renewal of Number

**Policy Number**

**CPS7089678**

### ITEM 1. NAMED INSURED AND MAILING ADDRESS

REMNANT CHURCH OF GOD

7710 OGONTZ AVE
PHILADELPHIA PA 19150-1819

### AGENT NAME AND ADDRESS

PENNOCK INSURANCE INC CHADDS FORD, PA 2 CHRISTY
DRIVE SUITE 100 CHADDS FORD PA 19317

Agent No.: 37001                      Program No.: A6

| ITEM 2. POLICY PERIOD | From: 04/10/2020 | To: 04/10/2021 | Term: 365 |
|---|---|---|---|

12:01 A.M., Standard Time at the mailing address shown in ITEM 1.

Business Description: CHURCH & VACANT BUILDING WITH RENOVATIONS

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Premium Summary |
|---|---|
| Commercial General Liability Coverage Part | $ $2,216 |
| Commercial Property Coverage Part | $ $4,222 |
| Commercial Crime And Fidelity Coverage Part | $ NOT COVERED |
| Commercial Inland Marine Coverage Part | $ NOT COVERED |
| Commercial Auto Coverage Part | $ NOT COVERED |
| Professional Liability Coverage Part | $ NOT COVERED |
| | $ |
| | $ |
| **Total Policy Premium** | $ 6,438.00 |
| TOTAL TAXES AND FEES | $ 338.14 |
| | $ |
| **Policy Total** | $ 6,776.14 |

Form(s) and Endorsement(s) made a part of this policy at time of issue:

**See Schedule of Forms and Endorsements**

03/26/2020:  LH

1210-CPS7089678-20

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH
THE COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S)
AND ENDORSEMENT(S), IF ANY, COMPLETE THE ABOVE-NUMBERED POLICY.

OPS-D-1 (1-17)



Case ID: 220010231

J00026138441020822

# EXHIBIT B

Case ID: 22010231



## Metro Public Adjustment, Inc.

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000

| | |
|---|---|
| Insured: | Remenant Church of God |
| Property: | 7710 Ogontz Ave #7712 |
| | Philadelphia, PA 19150-1819 |

| | | | |
|---|---|---|---|
| Estimator: | Randall P Craley | Business: | (215) 633-8000 |
| Business: | 3551 Bristrol Pike | E-mail: | Mail@Metropa.com |

**Claim Number:** 02013274          **Policy Number:** CPS7089678          **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date of Loss: | 2/9/2021 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 6/29/2021 4:43 PM |

| | |
|---|---|
| Price List: | PAPH8X_FEB21 |
| | Restoration/Service/Remodel |
| Estimate: | 2021-06-29-1643 |

The following estimate is only an approximation of the damages suffered, or expenses incurred, by the insured. No warranty or representation with regard to the accuracy of the estimate is expressed or implied and none should be inferred. The actual damages suffered, or expenses incurred, could be higher or lower than the estimate, even significantly, depending on variances in a number of factors affecting the estimate and the accuracy of the information and assumptions upon which the estimate is based. The estimate is based upon, among other things: information provided to us by the insured; our own observations; measurements taken by our own representatives, the insured and others engaged by the insured; as well as certain assumptions made by us. Many factors may effect the amount of the estimate where compensation has already been received by the insured for the damage, and with regard to which payment we were not informed; the cost of one contractor varying from another contractor as a result of a number of factors, including, without limitation, the quality of the work, the quality of the materials, or warranties provided by such contractors; damages that were not observed at the time the estimate was rendered because of a lack of accessibility or weather; and all other factors beyond our reasonable control. This estimate has been calculated for informational purposes only, and is based upon our good faith belief as the damages suffered or expenses incurred as a result of the particular loss, and only represents one opinion as to the method of repair, restoration, or replacement. Any reliance on the estimate is at your own risk and you agree to hold Metro Public Adjustment, Inc., its representatives, employees, agents, officers, and principals harmless in the event of such reliance.

Randall P Craley
5842 Township Line Rd
Pipersville, Pa. 18947
(215) 696-2631

Case ID: 22010231



## Metro Public Adjustment, Inc.

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000

### 2021-06-29-1643
### Basement

**Basement**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 3. Dumpster load – Approx. 20 yards, 4 tons of debris | 1.00 EA | | 593.00 | 0.00 | 0.00 | 124.53 | 717.53 |
| 6. General clean - up | 6.00 HR | | 0.00 | 40.01 | 23.23 | 50.42 | 313.71 |
| General continuous Cleanup during the restoration project. | | | | | | | |
| 8. On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 20.00 HR | | 0.00 | 40.00 | 0.00 | 168.00 | 968.00 |
| Moving around contents from room to room for flooring replacement. Extra time is need to do this process than the standard dmo room line item. | | | | | | | |
| 9. On-Site Evaluation and/or Supervisor/Admin - per hour | 20.00 HR | | 0.00 | 60.73 | 0.00 | 255.07 | 1,469.67 |
| This is a big job with many moving parts. On site supervisor is necessary. | | | | | | | |
| 10. Provide box, packing paper & tape - medium size | 50.00 EA | | 0.00 | 3.37 | 13.48 | 38.22 | 220.20 |
| Needed for items through out basement.. | | | | | | | |
| 14. Plumber's invoice - TBD | 1.00 EA | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Total: Basement | | | | | 36.71 | 636.24 | 3,689.11 |
|---|---|---|---|---|---|---|---|



**Front Left Room**                                                                  Height: 8'

| | |
|---|---|
| 589.67 SF Walls | 335.86 SF Ceiling |
| 925.53 SF Walls & Ceiling | 335.86 SF Floor |
| 37.32 SY Flooring | 71.92 LF Floor Perimeter |
| 82.67 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 3' X 6' 8" | Opens into FRONT_RIGHT_ |
| **Door** | 2' X 6' 8" | Opens into HALLWAY2 |

2021-06-29-1643                                              7/19/2021              Page: 2

Case ID: 22010231



## Metro Public Adjustment, Inc.

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000

**CONTINUED - Front Left Room**



| Subroom: Landing (2) | | Height: 8' |
|---|---|---|
| 58.33 SF Walls | 10.29 SF Ceiling | |
| 68.63 SF Walls & Ceiling | 10.29 SF Floor | |
| 1.14 SY Flooring | 6.83 LF Floor Perimeter | |
| 9.58 LF Ceil. Perimeter | | |

| **Missing Wall** | 3' 3" X 8' | Opens into STAIRS2 |
| **Missing Wall - Goes to Floor** | 2' 9" X 6' 8" | Opens into FRONT_LEFT_R |



| Subroom: Closet (1) | | Height: 8' |
|---|---|---|
| 143.25 SF Walls | 21.94 SF Ceiling | |
| 165.19 SF Walls & Ceiling | 21.94 SF Floor | |
| 2.44 SY Flooring | 17.00 LF Floor Perimeter | |
| 20.00 LF Ceil. Perimeter | | |

| **Door** | 3' X 6' 8" | Opens into FRONT_LEFT_R |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 11. Detach & Reset Refrigerator - Commercial - side by side | 1.00 EA | 363.78 | 0.00 | 0.00 | 0.00 | 76.40 | 440.18 |
| 15. R&R 1/2" drywall - hung, taped, floated, ready for paint | 200.00 SF | | 0.45 | 2.87 | 8.48 | 141.22 | 813.70 |
| Exterior wall where plumbing is | | | | | | | |
| 17. R&R 1/2" - drywall per LF - up to 2' tall | 71.75 LF | | 2.37 | 11.91 | 7.06 | 216.66 | 1,248.31 |
| 18. R&R Baseboard - 2 1/4" | 95.75 LF | | 0.45 | 2.57 | 7.28 | 62.26 | 358.71 |
| 20. Cold air return cover - Detach & reset | 1.00 EA | | 0.00 | 20.69 | 0.00 | 4.35 | 25.04 |
| 22. Mask and prep for paint - tape only (per LF) | 112.25 LF | | 0.00 | 0.54 | 0.36 | 12.81 | 73.79 |
| 24. Detach & Reset Baseboard heat cover - steam/hot water - over 85" long | 2.00 EA | 12.24 | 0.00 | 0.00 | 0.00 | 5.14 | 29.62 |
| 25. Paint baseboard - two coats | 95.75 LF | | 0.00 | 1.28 | 0.92 | 25.93 | 149.41 |
| 26. Seal/prime then paint the walls and ceiling twice (3 coats) | 1,159.34 SF | | 0.00 | 1.17 | 24.11 | 289.91 | 1,670.45 |
| 27. Detach & Reset Fluorescent - two tube - 4' - fixture w/lens | 4.00 EA | 81.88 | 0.00 | 0.00 | 0.00 | 68.78 | 396.30 |
| 29. R&R Vinyl tile | 368.09 SF | | 1.20 | 3.89 | 65.08 | 407.13 | 2,345.79 |

Case ID: 22010231



**Metro Public Adjustment, Inc.**

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000

### CONTINUED - Front Left Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Front Left Room | | | | | 113.29 | 1,310.59 | 7,551.30 |

**Stairs** — Height: 17'



262.99 SF Walls
296.84 SF Walls & Ceiling
7.33 SY Flooring
20.83 LF Ceil. Perimeter

33.85 SF Ceiling
65.95 SF Floor
26.39 LF Floor Perimeter

| Missing Wall | 3' 3" X 17' | | | Opens into LANDING | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
| 31. Paint stair skirt/apron | 28.00 LF | | 0.00 | 5.17 | 0.58 | 30.52 | 175.86 |
| 32. Mask and prep for paint - tape only (per LF) | 108.00 LF | | 0.00 | 0.54 | 0.35 | 12.33 | 71.00 |
| Totals: Stairs | | | | | 0.93 | 42.85 | 246.86 |

**Hallway Storage 2** — Height: 8'

215.33 SF Walls
267.33 SF Walls & Ceiling
5.78 SY Flooring
29.00 LF Ceil. Perimeter

52.00 SF Ceiling
52.00 SF Floor
26.50 LF Floor Perimeter

| Door | 2' 6" X 6' 8" | | | Opens into HALLWAY2 | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
| 122. R&R 1/2" - drywall per LF - up to 2' tall | 26.50 LF | | 2.37 | 11.91 | 2.61 | 80.02 | 461.06 |
| 123. R&R Baseboard - 2 1/4" | 26.50 LF | | 0.45 | 2.57 | 2.01 | 17.22 | 99.27 |
| 124. Paint baseboard - two coats | 26.50 LF | | 0.00 | 1.28 | 0.25 | 7.18 | 41.35 |
| 125. Seal/prime then paint the walls and ceiling twice (3 coats) | 267.33 SF | | 0.00 | 1.17 | 5.56 | 66.86 | 385.20 |
| 126. Detach & Reset Fluorescent - two tube - 4' - fixture w/lens | 1.00 EA | 81.88 | 0.00 | 0.00 | 0.00 | 17.20 | 99.08 |
| 127. R&R Casing - 2 1/4" | 16.00 LF | | 0.53 | 1.82 | 1.20 | 8.14 | 46.94 |

2021-06-29-1643

7/19/2021          Page: 4

Case ID: 22010231



**Metro Public Adjustment, Inc.**

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000

### CONTINUED - Hallway Storage 2

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 128. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 27.85 | 0.33 | 5.92 | 34.10 |
| 129. R&R Vinyl tile | 52.00 SF | | 1.20 | 3.89 | 9.19 | 57.51 | 331.38 |
| 131. R&R Suspended ceiling tile - 2' x 4' | 76.00 SF | | 0.22 | 2.25 | 7.24 | 40.94 | 235.90 |
| 132. Detach & Reset Fluorescent light fixture | 1.00 EA | 81.88 | 0.00 | 0.00 | 0.00 | 17.20 | 99.08 |
| 133. Carpenter - General Framer - per hour | 4.00 HR | | 0.00 | 66.72 | 0.00 | 56.05 | 322.93 |
| Labor and materials to reframe Soffit | | | | | | | |

| | | | | | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Hallway Storage 2 | | | | | 28.39 | 374.24 | 2,156.29 |

---

**Hallway**                                                                 **Height: 8'**



241.33 SF Walls                          46.67 SF Ceiling
288.00 SF Walls & Ceiling                46.67 SF Floor
  5.19 SY Flooring                       28.17 LF Floor Perimeter
 40.17 LF Ceil. Perimeter

| **Door** | 2' X 6' 8" | Opens into FRONT_LEFT_R |
|---|---|---|
| **Door** | 2' 6" X 6' 8" | Opens into HALLWAY_STOR |
| **Door** | 2' 6" X 6' 8" | Opens into HALLWAY_STO3 |
| **Missing Wall** | 2' 6" X 8' | Opens into REAR_LEFT |
| **Door** | 2' 6" X 6' 8" | Opens into HALLWAY_STO1 |
| **Door** | 2' 6" X 6' 8" | Opens into HALLWAY_STO4 |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 88. R&R 1/2" - drywall per LF - up to 2' tall | 4.17 LF | | 2.37 | 11.91 | 0.41 | 12.60 | 72.55 |
| 89. R&R Baseboard - 2 1/4" | 28.17 LF | | 0.45 | 2.57 | 2.14 | 18.32 | 105.54 |
| 90. Paint baseboard - two coats | 28.17 LF | | 0.00 | 1.28 | 0.27 | 7.64 | 43.97 |
| 91. Seal/prime then paint the walls and ceiling twice (3 coats) | 288.00 SF | | 0.00 | 1.17 | 5.99 | 72.03 | 414.98 |
| 95. R&R Casing - 2 1/4" | 83.00 LF | | 0.53 | 1.82 | 6.24 | 42.28 | 243.57 |
| 92. Paint door/window trim & jamb - 2 coats (per side) | 5.00 EA | | 0.00 | 27.85 | 1.64 | 29.59 | 170.48 |
| 96. Detach & Reset Light fixture - wall sconce | 2.00 EA | 56.41 | 0.00 | 0.00 | 0.00 | 23.69 | 136.51 |

2021-06-29-1643                                                7/19/2021          Page: 5

Case ID: 22010231



**Metro Public Adjustment, Inc.**

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000

**CONTINUED - Hallway**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 97. R&R Vinyl tile | 46.67 SF | | 1.20 | 3.89 | 8.25 | 51.63 | 297.43 |
| Totals: Hallway | | | | | 24.94 | 257.78 | 1,485.03 |



| **Hallway Storage 1** | | | | **Height: 8'** |
|---|---|---|---|---|

| 223.33 SF Walls | 56.00 SF Ceiling |
|---|---|
| 279.33 SF Walls & Ceiling | 56.00 SF Floor |
| 6.22 SY Flooring | 27.50 LF Floor Perimeter |
| 30.00 LF Ceil. Perimeter | |

**Door**                              2' 6" X 6' 8"                   **Opens into HALLWAY2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 135. R&R 1/2" - drywall per LF - up to 2' tall | 27.50 LF | | 2.37 | 11.91 | 2.71 | 83.04 | 478.46 |
| 136. R&R Baseboard - 2 1/4" | 27.50 LF | | 0.45 | 2.57 | 2.09 | 17.89 | 103.04 |
| 137. Paint baseboard - two coats | 27.50 LF | | 0.00 | 1.28 | 0.26 | 7.45 | 42.91 |
| 138. Seal/prime then paint the walls and ceiling twice (3 coats) | 279.33 SF | | 0.00 | 1.17 | 5.81 | 69.85 | 402.48 |
| 139. Detach & Reset Fluorescent - two tube - 4' - fixture w/lens | 1.00 EA | 81.88 | 0.00 | 0.00 | 0.00 | 17.20 | 99.08 |
| 140. R&R Casing - 2 1/4" | 16.00 LF | | 0.53 | 1.82 | 1.20 | 8.14 | 46.94 |
| 141. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 27.85 | 0.33 | 5.92 | 34.10 |
| 142. R&R Vinyl tile | 56.00 SF | | 1.20 | 3.89 | 9.90 | 61.93 | 356.87 |
| Totals: Hallway Storage 1 | | | | | 22.30 | 271.42 | 1,563.88 |

2021-06-29-1643                                7/19/2021        Page: 6

Case ID: 22010231



**Metro Public Adjustment, Inc.**

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000

| Front Right Room | | Height: 8' |
|---|---|---|
| 979.33 SF Walls | 826.39 SF Ceiling | |
| 1,805.72 SF Walls & Ceiling | 826.39 SF Floor | |
| 91.82 SY Flooring | 124.00 LF Floor Perimeter | |
| 132.50 LF Ceil. Perimeter | | |

| Door | 2' 6" X 6' 8" | Opens into Exterior |
|---|---|---|
| Window | 4' X 3' | Opens into RIGHT_BACK_R |
| Door | 3' X 6' 8" | Opens into RIGHT_BACK_R |
| Window | 4' X 3' | Opens into RIGHT_BACK_R |
| Door | 3' X 6' 8" | Opens into FRONT_LEFT_R |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 33. R&R 1/2" - drywall per LF - up to 2' tall | 124.00 LF | | 2.37 | 11.91 | 12.20 | 374.41 | 2,157.33 |
| 34. R&R Baseboard - 2 1/4" stain grade | 124.00 LF | | 0.45 | 3.15 | 14.28 | 96.75 | 557.43 |
| 49. R&R Casing - 2 1/4" | 48.00 LF | | 0.53 | 1.82 | 3.61 | 24.45 | 140.86 |
| 35. Mask and prep for paint - tape only (per LF) | 132.50 LF | | 0.00 | 0.54 | 0.42 | 15.12 | 87.09 |
| 40. Stain & finish door/window trim & jamb (per side) | 5.00 EA | | 0.00 | 36.46 | 2.23 | 38.75 | 223.28 |
| 41. Stain & finish door slab only (per side) | 4.00 EA | | 0.00 | 52.04 | 2.53 | 44.25 | 254.94 |
| 43. Door knob/lockset - Detach & reset | 2.00 EA | | 0.00 | 23.91 | 0.00 | 10.04 | 57.86 |
| 36. Detach & Reset Baseboard heat cover - steam/hot water - over 85" long | 3.00 EA | 12.24 | 0.00 | 0.00 | 0.00 | 7.71 | 44.43 |
| 37. Stain & finish baseboard | 124.00 LF | | 0.00 | 1.39 | 1.79 | 36.58 | 210.73 |
| 38. Seal/prime then paint the walls twice (3 coats) | 979.33 SF | | 0.00 | 1.17 | 20.37 | 244.90 | 1,411.09 |
| 39. R&R Vinyl tile | 826.39 SF | | 1.20 | 3.89 | 146.11 | 914.01 | 5,266.45 |
| 42. Detach & Reset Light fixture - wall sconce | 6.00 EA | 56.41 | 0.00 | 0.00 | 0.00 | 71.08 | 409.54 |
| 45. Detach & Reset Thermostat | 1.00 EA | 50.66 | 0.00 | 0.00 | 0.00 | 10.64 | 61.30 |
| 46. R&R Cabinetry - lower (base) units | 6.00 LF | | 7.95 | 181.33 | 70.59 | 253.33 | 1,459.60 |
| 48. Detach & Reset Countertop - flat laid plastic laminate | 8.00 LF | 16.34 | 0.00 | 0.00 | 0.00 | 27.45 | 158.17 |
| 50. Refrigerator - Remove & reset | 1.00 EA | | 0.00 | 45.18 | 0.00 | 9.49 | 54.67 |
| 52. Detach & Reset Suspended ceiling grid - 2' x 4' | 826.39 SF | 2.12 | 0.00 | 0.00 | 0.00 | 367.92 | 2,119.87 |

Case ID: 22010231

J00026138449020822



**Metro Public Adjustment, Inc.**

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000

**CONTINUED - Front Right Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Wall paint goes above grid | | | | | | | |
| 54. Suspended ceiling tile - Detach & reset | 826.39 SF | | 0.00 | 0.90 | 0.00 | 156.19 | 899.94 |
| 55. Detach & Reset Fluorescent light fixture | 12.00 EA | 81.88 | 0.00 | 0.00 | 0.00 | 206.34 | 1,188.90 |
| 56. Detach & Reset Smoke detector - High grade | 1.00 EA | 54.62 | 0.00 | 0.00 | 0.00 | 11.47 | 66.09 |

| Totals: Front Right Room | | | | | 274.13 | 2,920.88 | 16,829.57 |
|---|---|---|---|---|---|---|---|

**Right Back Room**                                                             Height: 8'

353.00 SF Walls                         171.56 SF Ceiling
524.56 SF Walls & Ceiling               142.98 SF Floor
15.89 SY Flooring                       39.33 LF Floor Perimeter
54.00 LF Ceil. Perimeter

| | | |
|---|---|---|
| Window | 4' X 3' | Opens into FRONT_RIGHT_ |
| Door | 3' X 6' 8" | Opens into FRONT_RIGHT_ |
| Window | 4' X 3' | Opens into FRONT_RIGHT_ |
| Missing Wall | 3' X 8' | Opens into STAIRS1 |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 58. R&R Baseboard - 2 1/4" stain grade | 39.33 LF | | 0.45 | 3.15 | 4.53 | 30.69 | 176.81 |
| 60. Mask and prep for paint - tape only (per LF) | 54.00 LF | | 0.00 | 0.54 | 0.17 | 6.17 | 35.50 |
| 64. Detach & Reset Baseboard heat cover - steam/hot water - over 85" long | 1.00 EA | 12.24 | 0.00 | 0.00 | 0.00 | 2.57 | 14.81 |
| 65. Stain & finish baseboard | 39.33 LF | | 0.00 | 1.39 | 0.57 | 11.60 | 66.84 |
| 66. Seal/prime then paint the walls twice (3 coats) | 353.00 SF | | 0.00 | 1.17 | 7.34 | 88.27 | 508.62 |
| 67. R&R Vinyl tile | 142.98 SF | | 1.20 | 3.89 | 25.28 | 158.14 | 911.19 |
| 77. R&R Paneling | 353.00 SF | | 0.32 | 2.25 | 18.92 | 194.50 | 1,120.63 |
| 79. Detach & Reset Suspended ceiling grid - 2' x 4' | 171.56 SF | 2.12 | 0.00 | 0.00 | 0.00 | 76.38 | 440.09 |
| Wall paint goes above grid | | | | | | | |
| 80. Suspended ceiling tile - Detach & reset | 171.56 SF | | 0.00 | 0.90 | 0.00 | 32.42 | 186.82 |

2021-06-29-1643                                 7/19/2021                 Page: 8

Case ID: 22010231



**Metro Public Adjustment, Inc.**

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000

### CONTINUED - Right Back Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 81. Detach & Reset Fluorescent light fixture | 2.00 EA | 81.88 | 0.00 | 0.00 | 0.00 | 34.39 | 198.15 |
| 87. Detach & Reset Smoke detector | 1.00 EA | 54.62 | 0.00 | 0.00 | 0.00 | 11.47 | 66.09 |
| 82. Detach & Reset Smoke detector - High grade | 1.00 EA | 54.62 | 0.00 | 0.00 | 0.00 | 11.47 | 66.09 |
| 72. Refrigerator - Remove & reset | 2.00 EA | | 0.00 | 45.18 | 0.00 | 18.98 | 109.34 |
| 86. Detach & Reset Refrigerator - Commercial - side by side | 1.00 EA | 363.78 | 0.00 | 0.00 | 0.00 | 76.40 | 440.18 |

| | | | | | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Right Back Room | | | | | 56.81 | 753.45 | 4,341.16 |



**Hallway Storage 3**                                                          Height: 8'

| | |
|---|---|
| 258.00 SF Walls | 71.17 SF Ceiling |
| 329.17 SF Walls & Ceiling | 71.17 SF Floor |
| 7.91 SY Flooring | 31.83 LF Floor Perimeter |
| 34.33 LF Ceil. Perimeter | |

**Door**                    2' 6" X 6' 8"                    Opens into HALLWAY2

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 110. R&R 1/2" - drywall per LF - up to 2' tall | 31.83 LF | | 2.37 | 11.91 | 3.13 | 96.10 | 553.77 |
| 111. R&R Baseboard - 2 1/4" | 31.83 LF | | 0.45 | 2.57 | 2.42 | 20.70 | 119.24 |
| 104. Paint baseboard - two coats | 31.83 LF | | 0.00 | 1.28 | 0.31 | 8.61 | 49.66 |
| 105. Seal/prime then paint the walls and ceiling twice (3 coats) | 329.17 SF | | 0.00 | 1.17 | 6.85 | 82.31 | 474.29 |
| 106. Detach & Reset Fluorescent - two tube - 4' - fixture w/lens | 1.00 EA | 81.88 | 0.00 | 0.00 | 0.00 | 17.20 | 99.08 |
| 112. R&R Casing - 2 1/4" | 16.00 LF | | 0.53 | 1.82 | 1.20 | 8.14 | 46.94 |
| 113. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 27.85 | 0.33 | 5.92 | 34.10 |
| 109. R&R Vinyl tile | 71.17 SF | | 1.20 | 3.89 | 12.58 | 78.71 | 453.54 |

| | | | | | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Hallway Storage 3 | | | | | 26.82 | 317.69 | 1,830.62 |

Case ID: 22010231



**Metro Public Adjustment, Inc.**

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000



| Hallway Storage 4 | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| 250.00 SF Walls | | | | 66.08 SF Ceiling | | |
| 316.08 SF Walls & Ceiling | | | | 66.08 SF Floor | | |
| 7.34 SY Flooring | | | | 30.83 LF Floor Perimeter | | |
| 33.33 LF Ceil. Perimeter | | | | | | |

| Door | | 2' 6" X 6' 8" | | Opens into HALLWAY2 | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 114.  R&R 1/2" - drywall per LF - up to 2' tall | 30.83 LF | | 2.37 | 11.91 | 3.03 | 93.09 | 536.38 |
| 115.  R&R Baseboard - 2 1/4" | 30.83 LF | | 0.45 | 2.57 | 2.34 | 20.05 | 115.49 |
| 116.  Paint baseboard - two coats | 30.83 LF | | 0.00 | 1.28 | 0.30 | 8.35 | 48.11 |
| 117.  Seal/prime then paint the walls and ceiling twice (3 coats) | 316.08 SF | | 0.00 | 1.17 | 6.57 | 79.04 | 455.42 |
| 118.  Detach & Reset Fluorescent - two tube - 4' - fixture w/lens | 1.00 EA | 81.88 | 0.00 | 0.00 | 0.00 | 17.20 | 99.08 |
| 119.  R&R Casing - 2 1/4" | 16.00 LF | | 0.53 | 1.82 | 1.20 | 8.14 | 46.94 |
| 120.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 27.85 | 0.33 | 5.92 | 34.10 |
| 121.  R&R Vinyl tile | 66.08 SF | | 1.20 | 3.89 | 11.68 | 73.10 | 421.13 |
| Totals:  Hallway Storage 4 | | | | | 25.45 | 304.89 | 1,756.65 |



| Rear Left | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| 377.33 SF Walls | | | | 198.42 SF Ceiling | | |
| 575.75 SF Walls & Ceiling | | | | 198.42 SF Floor | | |
| 22.05 SY Flooring | | | | 45.50 LF Floor Perimeter | | |
| 55.50 LF Ceil. Perimeter | | | | | | |

| Missing Wall - Goes to Floor | | 4' 6" X 6' 8" | | Opens into Exterior | | |
| Door | | 3' X 6' 8" | | Opens into Exterior | | |
| Door | | 2' 6" X 6' 8" | | Opens into Exterior | | |
| Missing Wall | | 2' 6" X 8' | | Opens into HALLWAY2 | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 98.  Paint baseboard - two coats | 45.50 LF | | 0.00 | 1.28 | 0.44 | 12.32 | 71.00 |
| 99.  Seal/prime then paint the walls and ceiling twice (3 coats) | 575.75 SF | | 0.00 | 1.17 | 11.98 | 143.98 | 829.59 |

Case ID: 22010231



## Metro Public Adjustment, Inc.

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000

### CONTINUED - Rear Left

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 101. Detach & Reset Fluorescent - two tube - 4' - fixture w/lens | 2.00 EA | 81.88 | 0.00 | 0.00 | 0.00 | 34.39 | 198.15 |
| 102. Detach & Reset Smoke detector - High grade | 1.00 EA | 54.62 | 0.00 | 0.00 | 0.00 | 11.47 | 66.09 |
| 103. Detach & Reset Cold air return cover | 1.00 EA | 20.69 | 0.00 | 0.00 | 0.00 | 4.35 | 25.04 |
| 100. R&R Vinyl tile | 198.42 SF | | 1.20 | 3.89 | 35.08 | 219.46 | 1,264.49 |
| Totals: Rear Left | | | | | 47.50 | 425.97 | 2,454.36 |



**Stairs1**                                                                 Height: 13' 7"

| | |
|---|---|
| 220.91 SF Walls | 31.00 SF Ceiling |
| 251.91 SF Walls & Ceiling | 51.87 SF Floor |
| 5.76 SY Flooring | 23.36 LF Floor Perimeter |
| 20.83 LF Ceil. Perimeter | |

**Missing Wall**              3' X 13' 7 7/16"          Opens into RIGHT_BACK_R

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 83. R&R Paneling | 220.91 SF | | 0.32 | 2.25 | 11.84 | 121.72 | 701.30 |
| 84. R&R Handrail - Steel - Floor mounted - Chain railing | 14.00 LF | | 3.31 | 33.99 | 25.41 | 115.01 | 662.62 |
| Totals: Stairs1 | | | | | 37.25 | 236.73 | 1,363.92 |
| Total: Basement | | | | | 694.52 | 7,852.73 | 45,268.75 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 21. Heat, vent, & air cond. labor minimum | 1.00 EA | | 0.00 | 109.88 | 0.00 | 23.08 | 132.96 |
| 44. Finish hardware labor minimum | 1.00 EA | | 0.00 | 115.64 | 0.00 | 24.28 | 139.92 |
| Totals: Labor Minimums Applied | | | | | 0.00 | 47.36 | 272.88 |
| Line Item Totals: 2021-06-29-1643 | | | | | 694.52 | 7,900.09 | 45,541.63 |

Case ID: 22010231

J00026138453020822



## Metro Public Adjustment, Inc.

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000

## Grand Total Areas:

| | | |
|---|---|---|
| 4,172.81 SF Walls | 1,921.23 SF Ceiling | 6,094.04 SF Walls and Ceiling |
| 1,945.60 SF Floor | 216.18 SY Flooring | 499.17 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 562.75 LF Ceil. Perimeter |
| | | |
| 1,945.60 Floor Area | 2,058.89 Total Area | 3,490.33 Interior Wall Area |
| 1,952.17 Exterior Wall Area | 226.17 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 42,883.76 | 94.16% | 42,883.76 | 94.16% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 2,657.87 | 5.84% | 2,657.87 | 5.84% |
| Total | 45,541.63 | 100.00% | 45,541.63 | 100.00% |

2021-06-29-1643

7/19/2021     Page: 12

Case ID: 22010231



**Metro Public Adjustment, Inc.**

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 34,763.92 |
| Material Sales Tax | 657.81 |
| Subtotal | 35,421.73 |
| Overhead | 3,542.30 |
| Profit | 3,896.50 |
| Cleaning Sales Tax | 23,23 |
| **Replacement Cost Value** | **$42,883.76** |
| **Net Claim** | **$42,883.76** |

Randall P Craley

2021-06-29-1643                                              7/19/2021          Page: 13

Case ID: 22010231

J00026138455020822



## Metro Public Adjustment, Inc.

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000

### Summary for Contents

| | |
|---|---:|
| Line Item Total | 2,183.10 |
| Material Sales Tax | 13.48 |
| Subtotal | 2,196.58 |
| Overhead | 219.66 |
| Profit | 241.63 |
| **Replacement Cost Value** | **$2,657.87** |
| **Net Claim** | **$2,657.87** |

Randall P Craley

2021-06-29-1643                                            7/19/2021          Page: 14

Case ID: 22010231



**Metro Public Adjustment, Inc.**

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8%) | Cleaning Mtl Tax (8%) | Cleaning Sales Tax (8%) | Clothing Acc Tax (8%) | Manuf. Home Tax (8%) | Storage Rental Tax (8%) | Dryclean/Laundry Tax (8%) |
|---|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | | |
| | 3,761.96 | 4,138.13 | 671.29 | 0.00 | 23.23 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | | |
| | 3,761.96 | 4,138.13 | 671.29 | 0.00 | 23.23 | 0.00 | 0.00 | 0.00 | 0.00 |

Case ID: 22010231



**Metro Public Adjustment, Inc.**

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000

## Recap by Room

Estimate: 2021-06-29-1643

| Area: Basement | | 3,016.16 | 8.16% |
|---|---|---|---|
| Coverage: Dwelling | 27.62% = | 833.06 | |
| Coverage: Contents | 72.38% = | 2,183.10 | |
| **Front Left Room** | | **6,127.42** | **16.58%** |
| Coverage: Dwelling | 100.00% = | 6,127.42 | |
| **Stairs** | | **203.08** | **0.55%** |
| Coverage: Dwelling | 100.00% = | 203.08 | |
| **Hallway Storage 2** | | **1,753.66** | **4.75%** |
| Coverage: Dwelling | 100.00% = | 1,753.66 | |
| **Hallway** | | **1,202.31** | **3.25%** |
| Coverage: Dwelling | 100.00% = | 1,202.31 | |
| **Hallway Storage 1** | | **1,270.16** | **3.44%** |
| Coverage: Dwelling | 100.00% = | 1,270.16 | |
| **Front Right Room** | | **13,634.56** | **36.90%** |
| Coverage: Dwelling | 100.00% = | 13,634.56 | |
| **Right Back Room** | | **3,530.90** | **9.56%** |
| Coverage: Dwelling | 100.00% = | 3,530.90 | |
| **Hallway Storage 3** | | **1,486.11** | **4.02%** |
| Coverage: Dwelling | 100.00% = | 1,486.11 | |
| **Hallway Storage 4** | | **1,426.31** | **3.86%** |
| Coverage: Dwelling | 100.00% = | 1,426.31 | |
| **Rear Left** | | **1,980.89** | **5.36%** |
| Coverage: Dwelling | 100.00% = | 1,980.89 | |
| **Stairs1** | | **1,089.94** | **2.95%** |
| Coverage: Dwelling | 100.00% = | 1,089.94 | |
| **Area Subtotal:  Basement** | | **36,721.50** | **99.39%** |
| Coverage: Dwelling | 94.05% = | 34,538.40 | |
| Coverage: Contents | 5.95% = | 2,183.10 | |
| **Labor Minimums Applied** | | **225.52** | **0.61%** |
| Coverage: Dwelling | 100.00% = | 225.52 | |
| **Subtotal of Areas** | | **36,947.02** | **100.00%** |
| Coverage: Dwelling | 94.09% = | 34,763.92 | |
| Coverage: Contents | 5.91% = | 2,183.10 | |
| **Total** | | **36,947.02** | **100.00%** |

2021-06-29-1643                                                   7/19/2021              Page: 16

Case ID: 22010231



**Metro Public Adjustment, Inc.**

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000

### Recap by Category

| O&P Items | | | Total | % |
|---|---|---|---|---|
| **ACOUSTICAL TREATMENTS** | | | 3,184.81 | 6.99% |
| Coverage: Dwelling | @ | 100.00% = | 3,184.81 | |
| **APPLIANCES** | | | 863.10 | 1.90% |
| Coverage: Dwelling | @ | 100.00% = | 863.10 | |
| **CABINETRY** | | | 1,218.70 | 2.68% |
| Coverage: Dwelling | @ | 100.00% = | 1,218.70 | |
| **CONT: GARMENT & SOFT GOODS CLN** | | | 2,183.10 | 4.79% |
| Coverage: Contents | @ | 100.00% = | 2,183.10 | |
| **CLEANING** | | | 240.06 | 0.53% |
| Coverage: Dwelling | @ | 100.00% = | 240.06 | |
| **GENERAL DEMOLITION** | | | 4,206.20 | 9.24% |
| Coverage: Dwelling | @ | 100.00% = | 4,206.20 | |
| **DRYWALL** | | | 4,344.48 | 9.54% |
| Coverage: Dwelling | @ | 100.00% = | 4,344.48 | |
| **ELECTRICAL** | | | 218.48 | 0.48% |
| Coverage: Dwelling | @ | 100.00% = | 218.48 | |
| **FLOOR COVERING - VINYL** | | | 7,110.14 | 15.61% |
| Coverage: Dwelling | @ | 100.00% = | 7,110.14 | |
| **FINISH CARPENTRY / TRIMWORK** | | | 1,487.69 | 3.27% |
| Coverage: Dwelling | @ | 100.00% = | 1,487.69 | |
| **FINISH HARDWARE** | | | 163.46 | 0.36% |
| Coverage: Dwelling | @ | 100.00% = | 163.46 | |
| **FRAMING & ROUGH CARPENTRY** | | | 266.88 | 0.59% |
| Coverage: Dwelling | @ | 100.00% = | 266.88 | |
| **HEAT,  VENT & AIR CONDITIONING** | | | 275.36 | 0.60% |
| Coverage: Dwelling | @ | 100.00% = | 275.36 | |
| **LIGHT FIXTURES** | | | 2,498.28 | 5.49% |
| Coverage: Dwelling | @ | 100.00% = | 2,498.28 | |
| **METAL STRUCTURES & COMPONENTS** | | | 475.86 | 1.04% |
| Coverage: Dwelling | @ | 100.00% = | 475.86 | |
| **PANELING & WOOD WALL FINISHES** | | | 1,291.30 | 2.84% |
| Coverage: Dwelling | @ | 100.00% = | 1,291.30 | |
| **PAINTING** | | | 6,919.12 | 15.19% |
| Coverage: Dwelling | @ | 100.00% = | 6,919.12 | |
| **O&P Items Subtotal** | | | 36,947.02 | 81.13% |
| **Material Sales Tax** | | | 671.29 | 1.47% |
| Coverage: Dwelling | @ | 97.99% = | 657.81 | |
| Coverage: Contents | @ | 2.01% = | 13.48 | |
| **Overhead** | | | 3,761.96 | 8.26% |
| Coverage: Dwelling | @ | 94.16% = | 3,542.30 | |

2021-06-29-1643

7/19/2021        Page: 17

Case ID: 22010231



## Metro Public Adjustment, Inc.

Metro Public Adjustment, Inc.
3551 Bristrol Pike
Bensalem, Pa. 19020
800-866-1994
215-633-8000

| | | | | |
|---|---|---|---|---|
| Coverage: Contents | @ | 5.84% = | 219.66 | |
| **Profit** | | | **4,138.13** | **9.09%** |
| Coverage: Dwelling | @ | 94.16% = | 3,896.50 | |
| Coverage: Contents | @ | 5.84% = | 241.63 | |
| **Cleaning Sales Tax** | | | **23.23** | **0.05%** |
| Coverage: Dwelling | @ | 100.00% = | 23.23 | |
| **Total** | | | **45,541.63** | **100.00%** |

General Contractor and Subcontractor Overhead and Profit

When Xactware surveys prices from contractors in the field, the unit prices the contractors provide are intended to be inclusive of costs and fees associated with performing the task, but exclude any general overhead and profit percentage.

While most often what is referred to as overhead and profit (O & P) is general overhead and profit paid to the general contractor, there is an additional category of O & P that is often not mentioned: this is the O & P required by the subcontractor who performs the work.

The unit prices published by Xactware should include the general contractor's cost to either perform the work with in-house employees or to hire a subcontractor.

Because subcontractors incur their own overhead and also desire a profit, it can be reasonably assumed that the unit prices published by Xactware include the subcontractor's O & P, but not include the general contractor's O & P.

Summary:

When used, the general overhead and profit is most commonly added to the end of the estimate as a percentage of the total job; therefore, the general overhead and profit percentage is not included within the unit prices published by Xactware. Subcontractors O & P is intended to be included within the unit prices.

Case ID: 22010231



WHEELER
DiULIO &
BARNABEI
THE PROPERTY DAMAGE ATTORNEYS

1617 JFK Boulevard, Suite 1270
Philadelphia, PA 19103

TO:

Scottsdale Insurance Company
One Nationwide Plaza
Columbus, OH 43215

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

1-3040S



7018 1130 0001 4465 9985



